# UNITED STATES DISTRICT COURT
for the

District of New Jersey

United States of America
v.
ISOME JOHNSON

Case No: 2:9cr148-1

USM No: _____

Date of Original Judgment: 06/29/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Kevin Carlucci, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/29/2009 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/14/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
*Printed name and title*